# NO. 12-16-00285-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| ***KATHERINE ELAINE NEWLAND AND PHILLIP KEITH NEWLAND, APPELLANTS*** | § | ***APPEAL FROM THE*** |
| ***V.*** | § | ***COUNTY COURT AT LAW NO. 3*** |
| ***BRUCE RUPAR AND SUSAN RUPAR, APPELLEES*** | § | ***SMITH COUNTY, TEXAS*** |

***MEMORANDUM OPINION***
***PER CURIAM***

Katherine Elaine Newland and Phillip Keith Newland, Appellants, have filed a motion to dismiss this appeal. Accordingly, we ***grant*** the motion, and ***dismiss*** the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs on appeal are taxed against the party incurring them.

Opinion delivered March 15, 2017.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**MARCH 15, 2017**

**NO. 12-16-00285-CV**

**KATHERINE ELAINE NEWLAND AND PHILLIP KEITH NEWLAND,**
Appellants
V.
**BRUCE RUPAR AND SUSAN RUPAR,**
Appellees

---

Appeal from the County Court at Law No 3

of Smith County, Texas (Tr.Ct.No. 63,473-B)

---

THIS CAUSE came on to be heard on the motion of the Appellants to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*